FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JAN 12 PM 1:49

CLERK
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **ORDER TO DISMISS** |
| | ) | |
| **v.** | ) | **4:15-CR-00171** |
| | ) | |
| **AMANULLAH AZIZ** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this ___12ᵀᴴ___ day of January, 2016.

HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA